UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS A. COFFELT JR., | Case No. ED CV 12-37 RGK (MRW) |
| Plaintiff, | |
| vs. | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| CALIFORNIA DEPARTMENT OF CORRECTION, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has not filed any written Objections to the Report. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered in favor of Defendants and this action be dismissed with prejudice.

DATE: November 15, 2012      _____
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE