UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS A. COFFELT JR., | ) Case No. ED CV 12-37 RGK (MRW) |
| Plaintiff, | ) |
| vs. | ) JUDGMENT |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al. | ) |
| Defendants | ) |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATE: November 15, 2012

_____
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE